UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA,              :
                                       :

        -v-                          :              20-CR-126 (LTS)
                                       :

MALIK MARDAH,                      :
                                       :

              Defendant.      :
                                       :
-----------------------------------------------------------------------X

ORDER

The change of plea proceeding currently scheduled for December 16, 2020, at 9:00 a.m., is hereby rescheduled to occur as a telephonic conference on **December 16, 2020, at 12:00 p.m.**

At the time of the proceeding, counsel should call **888-363-4734** and use access code **1527005#** and password **1473#**.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)  As requested, defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins (i.e., 11:45 a.m.); defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

Counsel should adhere to the following rules and guidelines during the hearing:

1. Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3.  To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

4.  If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

All other provisions of the Court's Order dated December 1, 2020 (Docket Entry No. 132) remain in effect.


SO ORDERED.

Dated: New York, New York
December 9, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge