UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-v-                                                :     20-CR-126 (LTS)
:
MALIK MARDAH,                                              :
:
Defendant.                            :
:
-------------------------------------------------------------------X

## Order

The Court has received defense counsel's letter dated March 12, 2021, submitted directly to chambers by email on March 16, 2021, requesting that the Court adjourn Defendant Malik Mardah's sentencing hearing, currently scheduled for April 7, 2021, at 11:00 a.m., to June 29, 2021, in order to accommodate Mr. Mardah's request that his sentencing hearing be conducted in person.  The Government consents to Mr. Mardah's request.

At defense counsel's request, and in order to protect the confidential personal medical information offered in support of the request for an adjournment, the Court will file the March 12, 2021, letter under seal.

Defendant's sentencing hearing, currently scheduled for April 7, 2021, at 11:00 a.m., is adjourned to **June 29, 2021, at 3:30 p.m.**, in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       March 17, 2021

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge