UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                                                    No.   20 CR 126 LTS

MALIK MARDAH,

        Defendant.

-------------------------------------------------------x

ORDER

The sentencing hearing in this case is scheduled to proceed on **July 15, 2021, at 2:00 p.m.**, in Courtroom 17C. All other provisions of the Court's Order dated July 2, 2021 (docket entry no. 192), remain in effect.

SO ORDERED.

Dated: New York, New York
          July 13, 2021

                                                                      /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                                  Chief United States District Judge